## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 10 2021**

**JEFFREY P. COLWELL**
**CLERK**

Civil Action No. _1: 21 - c N - 0 1103    GPG_
(To be supplied by the court)

_Barbara Freeman #105776_ , Plaintiff

v.

_Colorado Dept. of Corrections_

_Denver Women Correctional Facility_

_Dean Williams Executive Director_

_Ryan Long DWCF Warden_ , Defendant(s).
_See attached_

(List each named defendant on a separate line.  If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names.  The names listed in the above caption must be
identical to those contained in Section B.  Do not include addresses here.)

_See attached_

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files.  Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number.  A filing may include only: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other
materials to the Clerk's Office with this complaint.**

Attachment 6
Prisoner Complaint

Brian Loag, Major

Mestas, Captain

Garcia, Captain

Donnelly, Lt.

Taylor Lucas, Sgt.

Perirerira, Sgt.

Russell, Sgt.

Seama, Sgt.

Lujan, Sgt.

Wooldrige Lt.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

D.W.C.F.

Barbara Freeman, #105776, P.O. Box 392005, Denver, Co. 80239

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
_X_    Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Dean Williams, Executive Director
(Name, job title, and complete mailing address)

1250 Academy Park Loop, Colorado Springs, Co. 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Executive Director of all C.D.O.C. over all personnel,

officers and inmates.

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

B Defendants

Defendant 2:   Ryan Long     Warden DWCF
(Name, job title, and complete mailing address)

P.O. Box 392005  Denver, Co. 80239-P005

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __X__ Yes ___ No (*check one*). Briefly explain:

Over all personel, officers and inmates at DWCF

Keep up with other facilities, usual job of someone in charge

Defendant 2 is being sued in his/her __X__ individual and/or __X__ official capacity.

Defendant 3:   Brian Scott  Major  DWCF
(Name, job title, and complete mailing address)

P.O. Box 392005  Denver, Co. 80239-P005

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __X__ Yes ___ No (*check one*). Briefly explain:

Major over DWCF facility Custody Control / supervision

all personel, officers, working here + inmates here

Defendant 3 is being sued in his/her __X__ individual and/or __X__ official capacity.

also in charge over Capt. Buswell who is next maentence in + c/o ayers who threatens me and others due to his.

## C.  JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__X__   42 U.S.C. § 1983 (state, county, and municipal defendants)

_____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_____   Other: (*please identify*) _____

3

"B" Defendants Information

3 A

Defendant 4    Mestas    Capt. DWCF   Units 1, 2, 3
PO Box 392005   Denver, Co. 80239-8005
Under Color of Law yes
She replaced capt. Garcia. Took over all duties
not done, checked ones in process and checked ones closed over.
X Being sued in her X individual / Official capacity

Defendant 5    Garcia, Nicle. capt. DWCF   Units 1, 2, 3
P.O. Box 392005   Denver, Co. 80239-8005
Under color of Law yes
She was over units 1, 2, 3; all officers, personnel and
inmates. To handle all paperwork AR's, actions, grievances etc.
X Being sued in her X individual / official capacity

Defendant 6    Dannelly  Lt.  DWCF   Units 1, 2, 3
P.O. Box 392005   Denver, Co. 80239-8005
Under Color of Law yes
She is the Lt. over units 1, 2, 3; officers, and
inmates. Handles paperwork for her desk, AR's, etc. + OCA's
X Being sued in her X individual / official capacity

Defendants 7    Taylor Lucas   Sgt.  DWCF  Mailroom for Facility
P.O. Box 392005   Denver, Co. 80239-8005
Under color of Law yes
She is in charge of all incoming / outgoing mail.
Pickup from mailboxes, sort for units / inmates + paperwork
X Being sued in her X Individual / official Capacity

Defendant 8    Perirea   Sgt.  DWCF   unit 1 + officers / inmates
P.O. Box 392005   Denver, Co. 80239-8005
Under Color of Law yes
Works front desk. 2nd swift, sorts mail and hands out.
Computer work or whatever happens in unit
X Being sued in her X individual / official capacity

"B" Defendants Information                    3B

Defendant 9    Russelli  . Sgt.  DWCF unit 1
               P. O. Box 392005 . Denver, Co. 80239-8005
                         Under color of Law   Yes
               Works front desk 1st shift does computer work
               checks out problems in the unit. uses speaker to call all.
                         X Being Sued in her individual / official capacity

Defendant 10   Sesma   Sgt.  Intake / Hold Property Security DWCF
               P. O. Box 392005  Denver, Co. 80239-8005
                         Under color of Law   Yes
               Intake of inmates coming in, going out for medical, courts etc.
               Pocketcounts of inmates property to be secured. AR 850-06. - also does shakedown
                         X Being sued in her individual / official capacity

Defendant 11   Lujan   Sgt.  OWCF  unit 1
               P. O. Box 392005  Denver, Co. 80239-8005
                         Under Color of Law   Yes
               Works front desk helping inmates, computer
               work, talks to inmates on problems miscellaneous duties
                         X Being sued in her individual / official capacity

Defendant 12   Wooldridge Sgt.  DWCF  unit 1
               P. O. Box 392,005  Denver, Co. 80239-8005
                         Under color of Law   Yes
               Works to help other officers, fills in with others,
               works with inmates, helps with pocketcounts + shakedown
                         X Being sued in her individual / official capacity

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _Brian Scott Major @ RDC._

Supporting facts: As stated in motion cpt. Buswell maltreatns when never officer calls he treatens me to be moved because the heat does not work. 28° in room on both sides of me. I'm lucky to have it. Officers have threatened me I at be forgot to call me my meds brought till 2 hours after time. Nurses were upset. The because I told him about it? what he said or did 2nd time he threatened me because the Sgt. Review lied about me 2X to a friend so could her diem. He came after me I told him not to cover up for her lies. His own mom in state 22. No one in CDOC is allowed any personal things but he has allowed (wrote) to bring in her personal computer no one else can use or have one. She has her meals brought to her everyday but others in intel chao no they have to go to dining halls. She has purchased her personal pretty nightgowns, boots etc., has it tagged for her and put as her personal property list. When she uses computer she gets all her copies free by her case manager but everyone who gets copies pay 15¢ sheet. She lies, steals, cheats using other inmate staff + mine. She's used my name + my medical when she does other inmate grievances and even their court papers. When notified he does nothing. In my PI/TRO she put some of her things in it then went to officer and told him I did PI/TRO. It will come out if I get a good attorney and needs an investigator to check him and her out. He is dishonest, has no integrity when it comes to lies. I kept my hand-written paper to prove what she put in PI/TRO that is not mine. We need a good honest investigator for all of PWCF personal. He is also every part of PI/TRO. Inmate Jill Coit #86530 Unit 10120

#9

*Sgt. Russell*

↑ *Sgt. Perira and* ↑ ↑ *Sesma #10*

2.  Claim Two: _____ *Lt. Donnelly / Sgt. Russell / Perira* _____

Supporting Facts: *Donnelly / Russell*

according DAR's and OCA's both courts state OCA's
1st floor, C/D wing, OCA III. Nothing in computer so
then they do as they want. I've fallen and suffered greatly
from this falls. Can hardly walk and cannot sit but on my
back when bent over. Told if I don't like OCA I got go without.
Thats not the way it works. They should read the law in both
cases Russell in the part of giving out proper OCA to help clients.

*Perira* — *Perira* has lied on me to my friend next door so when I
fried her I called her a liar. I dislike liars, deceivers and slanderers
cheats. I never mention name in grievance or in court
complaints. All major staff paper. All things stated in PI/TRO
are true and this is what I've had to deal with after being in
the hospital for almost a year. Left 4/28/19. closed finally on
1/28/21. Had a carpet done here/there during all that time. Still being
part of it. a dr of unit she showed error about clients medical problem.

*Sesma* falls under this as well.
Was in lawsuit that finalized in 11/29/19. She had lied about
me and took away OCA that was State and court ordered so
had many problems, as I needed help for meals, medicine,
medical appts and going out to Intake and back for change
of clothes I'd have to replace going out for specialist life
she is in Intake also fact that clothes here in her
care while in hospital and were stolen out of duffle-bag.
On the staff word she was the big part of all my
things thrown away. I had a peacoat by special order
last when she saw it was mine she asked Sgt. Perira / #10
Wooldridge to repack it but instead of a repack she
had then shake me down and destroy food and clothing.
I've suffered because I did lose the warm sweater and when I
couldn't eat food from kitchen; I had to do eat themes I had
left to eat. She is big part of PI/TRO.

*Wooldridge* — *Perira* + *Wooldridge* are part of this in full
Perira spend locked down her inmate zone in told medical matters
and picture.

(Rev. 1/30/07)

Claim 3

3.  Claim Three:  #4  Capt Mestas / captain Garcia #5 / Sgt. Lucas #7

Supporting Facts:

Capt Garcia is no longer here, Capt Mestas is suppose to take over her position, Garcia was the full part of the P I/T R O Capt Garcia was in charge at time of lies, theft, falsifying state documents, paying O C H II when don't go to work but to school and paid full wages for O C H III Fraud, Discrimination, Retaliation and Due Process Violations. All listed in P I/T R O  Both again as one to fuller.

She is in violation refusing to get that fixed due to Due Process, Deliberate Indifference etc, she refused to respond to letter or came see when there is a problem. Discrimination/Retaliation against me at 86 years old and just come back from 4 hospitals gone almost a full year, she refused to gene me O C H III in Q/D wing, 1st floor that is in both Mestas or other lawsuit mentioned. So I don't get proper care for my B O H medical accommodations as I cannot get to Vpain to have them call. I also stated if she wants request Capt Mestas then I need to have request as well.

When officers are crude, discriminate, refuse to answer letter, lie and refuse to talk even after any one manager asks them to meet with me. Capt. Mestas when I tried to talk to her turned her back talked to couple black girls and dog trainer then left, It was a snub so I told her on bite she refused to talk to white people not just me so she do's fine to bring charcoal if she wants. Racist big time this is on both these officers. Capt. Mestas is the biggest offender. She's suppose to take over when Garcia left off on Theft Etc but first said no, Not checking on it.

#4&3

#7  Sgt. Lucas mailroom all is listed about her holding mails, no notice when it comes or if sent back. Rest is on "B" Defendants information

uc

| Dependent | Lizer |
|---|---|
| | Works front desk helping inmates, computer work, solve problems + miscellaneous duties. She too is a big part of PT / TRO. She discriminates, falsifies state documents paying OCA III to do nothing especially her favorites Fraud Retaliation, Due Process, etc. She made excuses to help me (others) who are invalids, disabled, with serious medical problems, handicapped in other ways. She also helps with OCA. |

| Note | We've been under covid lockdown until today plus 1 + 2. 3rd floor still lockdown. We here had our lockdown. received our 2 vaccines and tested since no problems. When I returned from hospital unit I was in lockdown for covid 19. They making roommate move out. They said it was for age. Age discrimination is against Federal Law / State Law / CDOC AR's. So they lied to move her out but according to law there is no reason why she can't move back in with me. I've notified case manager couple of times and now we're finished the covid rules we would like this to take place. With her and a good OCA I should not have any problems getting help if and when I need it. She was my OCA for long time then got job in print shop but is always there if OCA can't make it for a special reason. Sorry but handwriting is so bad. No OCA to help. |
| | Is there any way a note on this can be put in the papers. I cannot count on an OCA to be close by when I need her. |

### E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you
were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one
previous lawsuit, use additional paper to provide the requested information for each previous
lawsuit. Please indicate that additional paper is attached and label the additional pages
regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):        C.D.O.C. - Colorado dept. of corrections et al

Docket number and court:        16 - CV - 02181   U.S.D.C. Denver

Claims raised:        montez - ADA - Medical

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)        no    yes

Reasons for dismissal, if dismissed:        asked to refile Medical Part Later

Result on appeal, if appealed:        —

### F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal
court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or
judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    X  Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    X  Yes ___ No (*check one*)

*Short version*
*Poor hand writing and near ... medication due to injury and pain*
*Permanent Removal of officers knowing I'm in danger.*
*$600. or whatever the court deems proper / equitable*

**G.    REQUEST FOR RELIEF** *Attached Scrach Sheet*

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* New mattress / 2 new pillows / 2 pillow cases + sheets + 3 blankets. I was approved by ADA. Lost case they still require mattress / pillow to stock.
Sgt. Periera let inmate in my locked room.
Food thrown away $143.93, 2 Sweat Shirts $15.16 + Sweat Pants $7.59.
C/M made new totals for food from my inventory list. ADA J. Smith agreed with totals.
Sgt. Gonzales did 1st packout and books for law were gone off my shelf. The Catholic missal Catholic / Latin on desk was gone when he got there for packout. I asked him personally. To be verified as it was new Scott Smith chaplain Library room must for. Request for P.I. and Permanent R.O.
I'm requesting the above for food / clothing + stock items that inmate have.
I am 86 yrs old disabled, 1/2 blind person under Monty / ADA. Live in Monty ADA room per court. I am requesting Compensation Damage + Punitive Damage. All things are / were in covering of officers who are discriminating retaliate when one tried to take care of themselves, And get what is fair + what were entitled to. Need an attorney and good investigators to verify / fight for me.

**H.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Barbara Freeman*
(Plaintiff's signature)

5/5/21
(Date) @ Due To lockdown

(Form Revised December 2017)

6

*Permanent Removal of officers knowing I'm in danger.*

## G.    REQUEST FOR RELIEF *$600 or whatever the court deems proper and equitable*

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* New mattress / 2 new pillows / 2 pillow cases, 2 sheets, 3 blankets (1 wool ADA) after last case they still refused to replace mattress / pillows, my OCR does my personal need every week so bedding wont like new. I have ADA/master room stays locked so officer had to open to inmate to take mattress / mattress (sgt. Perin) cought on PE/THO have I have had to sleep. Fell several times off mattress hurt, hips swollen/hurt, legs, arms cuts all over + bruises + but head having problems again. Need to go to hospital when possible. See specialist if necessary. Need comprehensive damage to get back to where I was walk / cant run + move, can't use wheelchair ever to sit. Since falling sleeping / pain provider took me for 8 days + I have want money for all food taken + 2 arrest sheets / arrest paid. All legal have paper work. the brother, they lied on state papers, falsify state documents on all papers but I have 3 original personal property sheets to prove it. The brother / missed when he got to Dr. sequela they were gone room, Had legal books on book shelf missing and catholic / latin missed on desk all gone Request for PF and Permanent Removal of I had 1st pocket. Conspiracy of all officers listed, discrimination, due process, deliberate indifference retaliation by Serna as on last case was cought in her lies + refusing me doctors order for OCR B. Word of mouth as most officer did's know me. asking for punitive damage as I'm gone or like this since july 2020. all officer involved in all

## H.    PLAINTIFF'S SIGNATURE  except Taylor Lucas Serna Marlow sending mail / checks back wish me medication. Retaliation on her part can explain.

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Barbara Freeman*
(Plaintiff's signature)

5 / 8 / 21
(Date)   due to lockdown

(Form Revised December 2017)

Colorado Department of Corrections

Name, _Barbara Jarrard_

Register Number _105426_

Unit _DWLA F #1-0126_

Box Number _T 52005_

City, State, Zip _Denver Co. P0238-9005_

#1: 21-cv-01103 GPG

Clerk of The Court
Alfred A. Arraj
United States Courthouse
901-19 th Street Room A103
Denver Co. 80294-3589

STATE OF COLORADO

neopost
05/06/2021
US POSTAGE $001.60⁰

FIRST-CLASS MAIL
STATE OF CO

ZIP 80216
041L12205055



LEGAL MAIL ~5/5/21

DWCF

FACILITY

STAFF LAST NAME                    ID #              INT

DOC #            OFFENDER LAST NAME          INT