*Pleading/Complaint*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:21-cv-01103 GPG

Barbara Freeman #105776

Plaintiff,

v.

Colorado Department of Corrections (CDOC) et al
Denver Women's Correctional Facility (DWCF)
Dean Williams Executive Director (CDOC)
Ryan Long Warden (DWCF)

Defendant.

All others that will be listed are at (DWCF)

Judge T. Babcock Docket Dept

Your Honor: Papers dated 4/14/21 - 5/14/21 - Rest written

Please accept this Pleading/Complaint in Hand writing. I'm doing my best. I've tried having letters written to explain. The couple of pages typed were by Jill Coit unit one. She did not type all the facts in the order I had listed for her. She typed what she wanted mixed in with my written paper. I have no typewriter and she has the only computer in unit one as she is in associated with Major Scott so got him to approve her having a computer in living unit. She types as she wants. If one complains she refuses to do any more. After she typed original + the ones that followed while I was writing out the 1983. Then she took the papers to show officers I was filing against them so I was taken out of Unit 1. after 20 years in incentive unit.

B. Freeman

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01103-GPG

Complaint Pleading

Plaintiff, Barbara Freeman #105776

v. Colorado Dept. of Corrections et al (CDOC)
Denver Womens Correctional Facility (DWCF)
Dean Williams Executive Director (CDOC)
Ryan Long Warden (DWCF)

Defendant. all other Defendants at DWCF as will follow.

## Complaint — Pleading — Help Needed Medical

Comes Now, Barbara Freeman, #105776, was and am prisoner at Colorado Dept. of Corrections in the Custody of Denver Womens Correctional Facility. P.O. Box 392005; Denver, Colorado 80239-8005.

1. Dean Williams Executive Director of the State of Colorado. He is legally responsible for the overall operation of the Department and each institution under its jurisdiction including D.W.C.F. where I am confined. Main office is 1250 Academy Park Loop, Colorado Springs, Co. 80910. Sued in Individual/Official Capacity.

2. Ryan Long Warden at D.W.C.F. P.O. Box 392005, Denver, Co. 80239-8005. Legally responsible for operation at D.W.C.F. for the welfare of all inmates of this prison. Sued in Individual/Official Capacity.

B. Freeman

3. Brian Scott Major D.W.C.F. P.O. Box 392005, Denver, Co. 80239-8005.

Major over D.W.C.F. facility, Custody/Supervision control of all personal, officers working here all inmates held here as well as outside personel. Sued in his individual/official Capacity. Jurisdiction 42 U.S.C. §1983 State, County and Municipal defendants.

At the time of this claim all defendants were acting under the Color of Law. All addresses for each defendant is D.W.C.F. P.O. Box 392005 Denver, Co.

4. Capt. Mestas Capt. over units 1,2,3 replaced Capt. Garcia took over all duties. Being sued in her Individual and official Capacity.

5. Capt. Garcia over units 1,2,3, was replaced by Capt. Mestas. Being sued in her Individual and official Capacity.

When I file the 2nd Amendment Complaint/Facts and all officers including ones I just listed will be on that Prisoner Complaint. In going through all my papers I found Docket numbers 11 and 12 are missing. I wrote court Clerk for copies. Should I write Judge Gallagher to do in hand waiting or will you notify him why I am.

B Fixon

**Colorado Department Of Corrections**

Name: D. Freeman
Register Number: 105174
Unit: DUCF S-D 107
Box Number: 39200S
City, State, Zip: Denver, CO. 80239-4005

1:21-cv-01103 GPG
attn: Judge T. Babcock, Appling of The Clerk
U.S. Dist Court
901 - 19th Street, Room A105
Denver, CO. 80294-3589

Legal