# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 18 2021**

JEFFREY P. COLWELL
CLERK

Civil Action No. 1— Z1-CV-01103-GPG _____
(To be supplied by the court)

Barbara FreeMan #105776 _____, Plaintiff

v.

Colorado DEPT of CORRECTIONS  CDOC 20 7/13/21  CDOC

claim  Denver Women's Correctional Facility, Doc 20 7/13/21 DWCF

A  Dean Williams, Executive Director, DOC 20 7/13/21 Doc 20, 7/13/21

claim
B  Ryan Long, DWCF Warden _____, Defendant(s). Doc 20 7/13/21 doc
20, 7/13/21

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

Doc #23— 7/26/21

Second admendment
## PRISONER COMPLAINT
all changes to date included

---

### NOTICE

Paperwork sent with two motions plus legal papers. Responded by Dec 23
1/26/23

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

i

A

1. BRIAN SCOTT, Major #30 w c F    claim i

2. MAESTAS, Caption #4    D w c F    claim 2

3. Garcia, Caption #5    D w c F    claim 3

4. DONNELLY, Lt. (Taken off)    D w c F 2021

5. Taylor Lucas, Sgt #6    D w c F    claim 4

6. Perreria, Sgt #7    D w c F    claim 5

7. Russell, Sgt (Taken off)    D w c F 2021

8. SesMa, Sgt #8    D w c F    claim 6

9. Lizer, C.O. #9    D w c F    claim 7

10. WOOLDRIDGE, Sgt (Taken off) 2020

11. OSWEILER, Capt    D w c F 2021 claim 8

12. CHRIST, Capt    D w c F 2021 claim 9

13. Patricia VanderMark, HSA    D w c F 2021 claim 10

14. Jamie Harrelson, HSA Provider    D w c F 2021 claim 11

8

1.5 Tarintino, Nurse    #14 DWCF    claim #12 Taken off

16 Jill Coit, Inmate    #15 DWCF 2019    claim 13

17 Board officers, Jane Does    #16 DWCF 2021    claim 14  )

18 John Does    DWCF 2021    claim 14  )

18 Bradly Good, C.O Pack out    DWCF (Taken off) ———

19 Aaronson, C.O Pack out    DWCF (Taken off) ———

20 Jane Does, Pack out on unit 3    DWCF (Taken off) ———

21 Mcarthy, Capt.    #17 DWCF 2021    claim 16

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address.  Failure to keep a current address on file with the
court may result in dismissal of your case.*

Barbara FreeMan #105776 P.O.Box 392005 Denver, Co 80239
(Name, prisoner identification number, and complete mailing address)

N/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____   Pretrial detainee
____   Civilly committed detainee
____   Immigration detainee
✓      Convicted and sentenced state prisoner
____   Convicted and sentenced federal prisoner
____   Other: (*Please explain*) _____

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If
more space is needed, use extra paper to provide the information requested.  The additional
pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  Dean Williams Executive Director
(Name, job title, and complete mailing address)

IN office Cd 2019

1250 Academy Park Loop Colorado Springs, Colo 8o9lo

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law?  ✓ Yes ____ No (*check one*).  Briefly explain:

[CDOC] [CDWCF] Mr. Williams is the E.D.
of all Colorado Prisons.

Defendant 1 is being sued in his/her  ✓ individual and/or  ✓ official capacity.

2

Defendant 2: RYAN LONG, DWCF Warden
(Name, job title, and complete mailing address)

P.O. Box 392005 Denver, Colo 80239

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

11/2019

Involved in the Conspiracy, the theft, did nothing, delibriate indiffrence Conflicted pain and Suffering, descremination.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: Brain Scott Major (DWCF)   Involved
(Name, job title, and complete mailing address)

P.O. Box 392005 Denver, Colo 80239

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ✓ No (*check one*). Briefly explain:

Involved
11/2019

Knew of the Conspiracy and the theft and reprisals by officers, refuse to pay theft, Retaliation, All Laws.

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____ N / A _____

Defendant 4 . Meastas DWCF (units 1,2,3) Captian

P.O. box 392005 Denver, Colo - 80239 -

Color of State or federal law ✓ yes
Defendant 4 is being Sued in her individual and offical capacity ✓ yes ✓ NO

Involved
2020    Civil Rights under the 1st, 8th and arguable under the 14th

Medical, deliberate indiffrence, cruel and unusual punishment

Pain and Suffering, She was not here at the time, Picked up hearsay -

Defendant 5. Garcia Captain *was Replaced by Meastas

Involved
11/2019    P.O. Box 392005 Denver, Colo 80239

Color of State or federal law ✓ yes

Defendant 5 is being Sued in her individual and offical capacity ✓ yes ✓ NO

Cospriracy, theft, reprisals, refuse pay of theft, retaliation,

pain and Suffering, discrimination, due process, falsyfing

court documents, fraud, cruel and unusal punishment, threats.

Defendant 6. Taylor Lucas Sgt. DWCF MailRoom

P.O. Box 392005 Denver, Colo 80239

Involved
2020    Color of State or federal law ✓ yes

Defendant 6 is being Sued in her individual and official capacity ✓ yes ✓ no

working Mail room is charge. and was Sending cut the Stimilus

back to IRS instead of Banking never notified Anyone. still havent recived

Defendant 7. Perreria Sgt. Unit 1 (DWCF)

P.O. Box 392005 Denver, COLO 80239

Involved 5/2020

Color of State of federal law ✓ yes

Defendant 7. is being sued in her individual and offical capacity ✓yes ✓No

Civil Rights, under the 1st, 8th and arguable under the 14th Medical, deliberate indifference, pain and Suffering, THEFT, Retaliation, discrimination, falsyfing State documents, fraud, threats, cruel and unusual punishment, lies.

Defendant 8. SESMA Sgt. Property (DWCF)

P.O. Box 392005 Denver, COLO 80239

Involved 5/2020

Color of State or federal law ✓ yes

Defendant 8. is being Sued in her individual and offical capacity ✓ yes ✓ No

Civil rights, under the 1st, 8th and arguable under the 14th, Medical deliberate indifference, retaliation, discrimination, theft, falsyfing documents, fraud.

Defendant 9. LIZER DWCF Unit 1 C.O.

P.O. Box 392005 Denver COLO 80239

Involved 2020

Color of State or federal law ✓ yes

Defendant 9. is being Sued in her individual and offical capacity ✓yes/no

Due to Negatively, as well her unprofessional attitude toward me, ~~I rather~~ aver to assert/declare positively in the pleading.

Defendant 10. OSWEILER Capt (DWCF)

P.O. Box 392005 Denver, COLO 80239

Involved 2021

Color of State or Federal Law ✓ yes

Defendant 10. is being Sued in his individual and official capacity ✓yes ✓No

5/17/21 went to medical on gurney, came back on gurney, was told to move out, was going to 3 after 20+ years in unit 1. When I asked why? He threatend me if i don't got 15 min going to hole.

(3 B)

Defendant 11. CHRIST, Capt. (DWCF) - working the Gate.

Involved 2021   P.O. Box 392005 Denver Colo 80239

Color of State or Federal Law ✓ yes

Defendant 11. is being Sued in his ✓ individual and offical capacity ___ yes ✓ NO

When I came back from DH I was told to go back the unit as long I didn't stay overnight, he told the Driver to take me to DR infirmacy, where they had no record there for me. Held for 12 days.

Defendant 12. Patricia VanderMark, D.W.C.f HSA

P.O. Box 392005 Denver, Colo 80239

Involved 2021   Color of State or Federal Law ✓ yes

Defendant 12. is being Sued in her individual and official capacity ✓ yes ✓

Refused to let anyone know anything while I was in infirmary. No idea or reasoning of why I was there.

Defendant 13. Jamie Harrelson DWCF Provider at Medical

P.O. Box 392005 Denver Colo 80239

Involved 2020   Color of State or Federal Law ✓ yes

Defendant 13. is being Sued in her individual and offical capacity ✓ yes ✓ no

She is responsible for not providing me with meals that I can eat in unit 5-D. I've missed many meals. She denies giving information to offiers in unit 1 and 3.

Defendant 14. Tarintino, Nurse (DWCF)

Involved 2021   P.O. Box 392005 Denver, Colo 80239

Color of State or Federal Law ✓ yes

Defendant 14. is being Sued in her individual and offical capacity yes ✓ ✓ NO

She was not able to provide my medication or reasoning for being there.

(3c)

Defendant 15.   Jill Coit   Inmate Unit 1 D.W.  # 3
            P.O. Box 392005 Denver, Colo 80239

Involved 2020   Color of State or Federal law — as an inmate can't be sued,
2019            of either capacity.

        Discrimination, she is the only one that has a computer in the living
    unit typing for people, she puts in her own ideas along with yours
    many people esp! have been harmed by this im in units because of her.

Defendant 16. Board of officers Jane / John Does        clai
                                                        # 16

Involved 2021   P.O. Box 392005 Denver, Colo 80239

        Color of State or Federal law    ✓ yes

Defendant 16. is being Sued in their individual and official capacity ✓ yes ✓ no
    unknown names, but are responsible for me being moved from unit one.
    without any knowledge of whats going on except hearsay. There was no
    write up, no hearing and I was never Notified why which is Doc process and
    the law!.

Defendant 17.  Mcarthy capt (DWCF) units 4,5,6            clai #

            P.O. Box 392005 Denver, Colo 80239

INVOLVED      Color of State or Federal law   ✓ yes   p. clai
2021

Defendant 17. is being Sued in his individual and offical capacity ✓ yes ✓ no
    I came back from the infirmary and moved into 5-A, which is for quarantine
    3 weeks then moved to 5-D, I have not been given any explanations
    of why im here. Total lockdown, he's been here a long time and knows
    all about my medical problems, put me in a dark room with my vision
    problems, cold room. Knows about Chronic problems and involved
    Ihimself in not getting food properly. Absolutely no CCA help
    which is against all medical, IADA, Montez, Federal law +
    Personal law Suit repeated to make Sure I was taken care of.

(3D)

8/1/21

The Honorable Judge Gallagher,

Cover Part For "E"

As explained I have no acess to any book, papers and so forth,
for any explanation except what the court papers stated on
Document is filed 6/25/21.

[10]-(e)(2) Rule8 (A)(2) Rule8(d)(1)
I have been refused library Privialges, no type writer and, so fourth
and so am doing my best with a friend (who can) PrivH. I am unable
to go out, all acess for court has been refused to me at this time.
I never was wrote up, had any hearing nor any meetings,
why I was taken out of unit 1, moved to unit 3, then from 3
to J5-D. This is as high security we have, except for 4 which
is the hole. No explanation no reasons nothing. Where I required
Captain Osweiler thereated to put me in the hole. I have no
rights for anything no even to go to Medical or for therapy.
In the Second Amendment pleading you noted to see the
following cases, I have no acess to any of them. Monument Builders
of Greater Kansas City, Ine. V American Cementary Ass'n of Kansas,
891 F.2d 1473. 1480(10th Cir. 1989). The riqrements of federal R.Civ.P.8
are designed to meet these purposes! See TV communications
Network Inc. ESPN, IDC. 767 F. Supp. 1062, 1069 (D.Colo.1991),
aff'd, 964 F.2d 1022 (10th Cir. 1992) Nothing for Nasious V. Two
unknown B.I.C.E. Agents, 492 F.3d 1158, 1163 d(10th Cir.2007) Citations omitted
Lockdown since 5/17/2021. Unit is (in the hole) in full lockdown.
Third (3Rd) world rules by the officers. Discrimination, Retaliation,
from hearsay, plead Rules. The officers are told to cover up for
one another. The case is for the medical part ADA. Montez lawsuit.
Montez 1: cv 00870 then Montez V. Romer 42 § USC cv-12101 + ADA.
My case ittrated 16 cv 02181 NRN-SKC ended 11/19. Montez and
ADA Lawsuit was for my benifit to follow. My medical part
was not in it Just for minor mention. As stated before
I was to do the medical 1983 after the other case was over,
but was already in the hospital.

3E

I want to be OCA 3 Job as I have to do what little I can, without help, so I Should get paid same as OCA 3, who cannot and will not do there Job assignments per Montez ADA, my medical and my case. Officers force them to go to School full-time, so Doc gets paid for OCAs going to School with no $ going to the OCAs the D the OCAs get paid comes out of the federal fund Which ADA pays them. They get 60 dollars a month medical unassigned (me) get 6 to 7 dollars per month. That along with not being feed decent, my medical not being taken care of, no theraphy I also Problems with my vision because of the room im in. I do not get to go outside very little Sunlight in the room mostly dark, with fluoursent, which is very bad for Glycoma, which is bad for my vision which im mostly Supposed to have daylight. on the food there refusing to give a sub or a regular as im supposed to have a choice as others.

## D. Statement of Claims

A. Dean williams Executive Director not Personally Involved, Just Notifications from thee officers at Dwcf.

B. Ryan long Dwcf warden not Personally involved but Knew of the situation as he came to the hospital during major Surgery in 2019. Notification by officers Keeping him involved as to but did nothing as far as ARS, copd State, federal and constitutional laws, even after Notification.

Barbara Free Man # 105576

3F

August 1. 2021

Honerable Judge Gallagher,

as notation of Document 15, 6/25/21

C. Personal Participantoin / D. Official Capacity 5+6

pg. 4/5

I have no case laws as Stated Document Sent
So did My best to Show personal Participiants
as how much is personal or under offical. I have
no idea except by using AR'S and CopD books.
Some are all involved in case of others because
of hearsay and in helping cover up. As for
dates I was gone so long in hospital,
infirmirary, this lockdowninroom or myself healing
covid etc! I only have year on when this happend.
unit 5. 5/23/21 it was now / is still
going on. I do not believe alltitude and how they
treat me as offical duty. So their treatment tis
all I can go by. Normally I got along with
officers a few + had no dealing with. I Still
do get along with most. The things in computer
I know nothing about.

D. Official Capacity Claims 11th Amendment Immunity.

Could intermingle but most of everything was their
attitudes and treatment. In their offical Capacity
I tryed to follow there AR'S and Copd book and
the laws as I know them.

I TRULEY BELIVE THEY (mccurtNy/mestas)
ARE TRYING To KILL ME.

SORRY ABOUT THIS!    Barbara Freeman
                      Barbara FreeMan #105776

(3 G/H)

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Brain Scott Major DWCF

Supporting facts:      I was in the hospital 11/19 till 8/20, infirmary covid lockdown still am in lockdown dates are only by year. He knew about theft and part of the conspiracy and he let it go. Denied my civil rights as officers who are allowed to refuse to do their job, as Major Should Know AR's Capo book, laws of montez, ADA, State, federal and constitional laws. He knew Peinera didn't do a pack out Big diffrence. Threw clothes and food away, no inventory, lied on Shake down Sheet. Bedding, Pillow and matteress, She allowed an inmate to go in my room and take these things officers have no right to unlock doors to let other inmates in. Being here so long he knew about medical conditions & Surgeries etc. In lawsuit against DWCF. Knowing these things + my disabilities he did nothing. Cruel and unusual punishment. I had only 6 inches of A mattress to sleep on. The fact he didn't replace it is form of retaliation, discremination, bias and preludice after I came back from hospital in Serious condition each and everytime. I was considered very high risk. Pain Suffering + Chronic Care. He did nothing to help.

4

Countinued Major Scott.

He's well aware the OCA's are going to School
instead of doing there Job.

When officers or inmates Know of wrong doing
by officers its supposed to be reported to the
higher up but where do I go except? (Major)
Discrimination, Bias, Preludice, inmate Coit
got personal computer in living unit one and
no one helps. She did Grievencies and law
paper using my name with no notice or my
agreement. I complained by Kite asked to speak
to him and was ignored. He purchased her personal
clothing + other items that is not allowed by
officer and inmates. Dileberate indiffrence +
other reasons was ignored when I was moved
from unit 1 to 3 for no reason. No rules apply
to Coit or some officers. when moved to other
Units I had more accidents due to all my
Chronic Care and other medical problems.
I have endured alot of suffering and pain
and no OCA's for help. He was in full Knowledge
of this as being Custom Control officer +
Major. Coit typed the 1st PI/tro and note she
had no Care of him and his illegal activities.
Warden should have been notified about everything.
Officers run the place, took out there hateful
attitudes, due to there day. Sometimes for no
additional reason I had to go through more
more because of my medical conditions. There
needs to be an investigation and A good
Attorney to Prove these allegations.
All violations of the 1st, 4th, 8th amendmens have
been Violated. No vision - Crippled - No food - No OCA
ATT'd murder from officers
Actions - He Knows Im sure.

(4A)

# D. Statement of Claims

Claim Two: Captain Meastas over units 1, 2, 3

She took over for Captain Garcia at the time of all the happenings she was not there. She went strictly by hearsay of all the officers and grivences filed. Which included all offiers and all Claims. Just as Garcia, She refused to talk to me or anwser kites. Even when Case Manager wade Sent one. She involved herself in this conspiracy and everything else. Refusing to follow AR's, CCPD Book, laws etc. Refused to allow me help of OCAS when in desperate need. Due to my medical Problems which are numerous. She has put me in units that have effected my health problems, Chronic Vision and being Crippled. She discriminates, retaliates if white she doesn't like you. My civil rights have been violated because no medical help, theraphy, and being highriskid. Just wanted to get her bitterness and hatred taken out on me, when I was moved, still have no idea why. Violation of the 1st, 8th and 14th Amendment! Needs to be an investigation + Attorney. When I first got moved to 13, told Case Manger wade of her dislike, I had the feeling she wanted me dead. Then she involved herself with Captain McCarthy, Kitchen officer Roman not getting my food. Putting me in a cold dark room, no exercise, natural light and locked In. She's denied me all my medical/ADA + law Suits accomidations, restrictions + whats listed in federal lawsuits. Truley Believe Att'd murder.

8/4/21 After speaking to c/m wade, (2) Kitchen Officers Kited capt. McCarthy Twice Nothing changed, Kita from Medical Provider Said To Contact Security. (4B) They refuse To Let me.

"D" Statement of claims
Claim #3

• Captain Garcia (Former captain of units 1,2 &3) She was here at the time.
• all of this happend at the time of the theft (food, mattress, Pillows, &
book, clothes.) She Just ignored everything Saying opposite
of what it was. Lies. Medical problems no OCA help, but
made some officers go for her. Civil rights lost, negligence
cruel/unusal punishment. Had several accidents, mental
Stress. Crippled on the right side, but is getting much worse
Under Meastas who followed her in her position of
captain over 1, 2, &3, She did nothing to help me with
any of the grivences that I wrote. I doubt any
officers ever knew they were grived, because her
answering all the grivendess ( denied. denied) lied to
Casemander wade and also ADA & the officers in 1
and other places. Not sure what all was said or
done on the computer as I was in hospital and the
infirmary back & fourth for 1 year. I stayed in
my rooms most the time trying & to heal. Delivered
indiffrence pain/Suffering medical problems theft from
the room, big part of the conspiracy in fact all officers
hearsay from Perria and Sesma to throw my stuff
away. Never looked at my personal Property sheet
to check things out. She discriminated/retaliated
when I kited & her to tell her the truth. Malicious
altitude toward me She followed none of the AR's
or any of the laws nor would she look at the OCA
assignment Sheet. She acted like She never heard
about AR 1450 -01 which is Code of Conduct
and 850 -01 which is the one that Showed being
at the hospital. It was Supposed to be a packout
not a Shakedown, She disobeyed ADA, Medical federal
court laws and orders and    I ignored my civil rights.
Everything Started with Perria and Sesma, then turned
it     it was all turned over to Captain Meastas, who
followed her as Captain for 1, 2, & 3. This is when
the conspiracy started with Pitro. They Should have
looked at personal property Sheet and Canteen if
they had wanted to be honest about it.
• Cap. Meastas Just followed Garcias Steps.

(4 c)

Claim #4
DWCF

· Taylor Lucas Sargent in MailRoom Dwcf She was working
the mailroom and sent back the Stimulus Checks
with no notice to me. At this time I Still have
not heard from IRS treasurey Stimulus checks
wheather they got them back or not. I have
filed 5 sets of paper so far. Delivered indiffrence.
Discrimination, Retaliation, Due Process of the court.
After the Shakedown of Pena. I had words
with her because of the sending back of the
Checks. I thought federal mail was not to be played
with.

---

Perreria    Claim #5 Sergent Pena unit 1    DWCF

· She opened my door that was locked let another inmate
go in and take my medical mattress and Pillows. She is
also the same officer that was asked to repack my
things that have been taken to property to be restored
while in the hospital (AR-850-06) †PACKOUT NOT
SHAKEDOWN which is illegal. She did not list inventory
Just threw food + everything away lied about Sweat
Suit which was on Personal Property sheet, put other
offenders yellow Shirts on my cart. Garcia came to
my room to check my closet. Sergant and captain
as os Sgt. Sesma Started the conspiracy and frauduly
threw out State paper which Started everything.
with my being Sick, Pain etc. Loss of Civil Rights.
I had no one to go to except Mr. Wade. He took my
Canteen Sheets + personal property checked it all out
and they were illegal on their writeup.
denying so much Stuff of mine Cruel and
unusual punishment/retaliation. I had no money
to replace anything as far as eating except what
DOC gives me. I still have therapy and vision
Problems due to where they had placed me.

Claim #6 Sgt. Sesma Property & Intake Dwcf

. She was here at the time of Conspiracy big part. of it. She didn't like the way the packout was done by Carter so she told Peria/Woolridge to repack it not shake it down. due to being in the hospital (850-06) (temporary absence) One Sweatshirt was stolen from property with my 1st packout, done by Gonzales, so this was the 2nd time she had lied about things missing from property. She had a grudge toward me because she was in the lawsuit and 2016/2019 which I won. Garcia, Peria and Sesma conspired. She is also the one that takes us for outside Medical in intake. She had always ignored my medical ADA and OCA Job Assg. when she worked in unit 1. So it was reason for me to object that she was involved in all the other. Deliberate indifference pain and suffering going without, discremination retaliation and then anything else she could do to harm me. Cruel and unusal puinshment and her negative attitude etc. I told my Provider. I did not wish to go out for medical as long as she was there and due to covid and I was lucky enough not to have to go.

Claim#7    C/o Lizer Unit 1 DWCF

. Her negative attitude unprofesinal .
error twords me in going into the
office im not sure of why.
I did not know her and i'm not
sure when she came into the unit.
Aver to call the court definte on
anything I cant actually come to
the court, but she worked under
Perreia and thats the only way
that I can come up with
anything is hearsay as well as
computer.

## Claim #8  Captain Oswieler DWCF
### Shift Commander

He is the one who made the threat to me when
I came back to medical on a gurney due to
the fall I had in the unit 1 bathroom.
I had no idea why I was supposed to
move to unit 3 and tried asking why as I knew
nothing as far as writeups, hedrings or any
other officers. as much as I know to date
he has no idea of my medical ADA Problems,
he had no idea what kinda shape I was in
coming from Medical. Due to the fall in unit
1 restroom my broken hip on right side is
damaged to the point I cant sit in the
wheelchair Taken me to unit 3 from unit
1 3 women had to half carry half drag me
there. NO X-rays had yet been taken and
now I have serious problems. Part of
the conspracy and so fourth.

(# F)

(I) Statment of facts

## Claim #9 Captain Chirst Dwcf

• On 5 22 2021 fell in unit 3 on top of broken hip and swelling. I couldn't walk so they rushed me to DH for X-Raye and MRI from bleeding. When I finally came back early in Morning. I had finally been told that her refused? Why or who no idea but was sent to the DR infirmary and was forced to stay there for 12 days. No one knew when I was there or why I came. Found it had to do with the officier's/conspiracy/e+a., wanted me locked up.

## Claim #10   Jill Coit unit one Inmate

• Known her since I came. I tried to be friend her, but you cannot befriend evil people. You cant befriend somebody that goes behind (your back because of her (special association with Major Scott and getting whatever she wants. She uses her (personal computer for General population for helping people, but then turns around and black mails them with the information. She has used doing grievencass and 1983 by using my name, my medical problems and whatever medical allows me to have trying to get the same things for her. None of (the (others have ever asked or mentioned it to me my friend next door and had let Jill do her (1983. She got the papers back from the Judge with 2 pages with corrections to make. She came over (to me because she's totally blind and asked me to read the papers to her. Personal Experience sue was to stop this from me for sure, I feel the hard drive on the computer should be removed to save myself/others, (4 G)

(D) Statement of Claims

Countined...

She had Sat next to me. I read the papers to her which stated She wanted Shoes, the inhaler I had in my etc. Nothing that pertained to her problem. You asked about my having the 1983 Pitmro typed it was Jill Coit, then when She typed it She gave him my copy plus the Attorney General and a copy for me. The reason I refuse to have her type anymore was because She took a copy off the Computer and Showed all the officers I mentioned in it to get me in trouble up till then I got along with everyone except Pemera who stole from me. Pemera Started Spreading rumors and thats how I ended up here. I contacted Scott and told him what She was doing and he did nothing as usual and lets her get away with everything in the papers you will know it I mentioned this to you instead of using the paper I wanted. She was Part of but put in the things She wanted to get. She's in the Conpiracy but being an inmate She can't be Sued, but should be punished for the things She's been doing. Her and Major Scott have as Association, that if any other inmates and officers would have theyd be put out. She really needs to go to another prison. She's always Complaining about the OCA's, She wants them to rub her feet and put lotion on her feet, but they refuse to because of Perea. She Sits in the wheelchair all day except when in bed -

Sgt. Werner was Taken out de To Association with Inmates. I excluded him for that reason. No need to have him involved any longer. He had enough Problems. I'm sure They did Though because of Krons, I tried to worn him.

(4 H)

(D). Statement of Claims

Claim #11 Borad Members.

They were never told about my medical
conditions and the just take and I believe
Meastas in the one who told them to have
me moved. They took away all my civil rights,
AR's, Copds, I all laws, etc. and OCA.
They assigned me to 5-d where I cannot
get anything to help me for any of my medical
issues. I know that as officers there not supposed
to know about my medical, but should have
had some concern I this same thing happend
in 2016/2019 with Major Caley when he moved
me without notice or hearing no I write up. at that
time they told Caley you cant just move
someone without them being told something and
I was moved right back. I the same dedl I this
time no write ups or hearings and no one talked
to me they just took Meastas word.

Claim #12 Captain Mcarthy

He has been here a long time. Knows about all my
medical stuff as far as in and out of the hospital.
He knew id been in one he knew what happend
with Caley, after being 20+ years in one.!
Being deprived of food I theraphy and vision.
He joined the conspiracy with Meastas and
the rest of them. At this point he's the one
that runs unit 5 and refuses to listen to
my case manager who knows me and find out
the truth about everything. No OCAs to help.
Is why I asked to dismiss I them as I want
to be paid to take care of myself being there
not allowed to. I requested this I on the motion
where I asked for I the OCAs to be dismissed.

(4 I)

E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you
were incarcerated? ✓ Yes ___ No (check one).

*If your answer is "Yes," complete this section of the form. If you have filed more than one
previous lawsuit, use additional paper to provide the requested information for each previous
lawsuit. Please indicate that additional paper is attached and label the additional pages
regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   (C D O C)   (D W C F)

Docket number and court:   1:16-NN-02181 NRN  U.S.D.C.

Claims raised:   A D A / MONTEZ / MEDICAL

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   No  No  Yes (EXCEPT MEDICAL

Reasons for dismissal, if dismissed:   WAS Requested To Refile

~~Result on appeal, if appealed:~~   Medical When Case Ended)

F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal
court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or
judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

        ✓ Yes ___ No (check one)

Did you exhaust administrative remedies?

        / Yes ___ No (check one)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF.*" I spent (1) month in unit(s) 2016-2019 Removed back, Due To Montez/AOA. See pg 2,4,5, 7, 13, 17 Pages sent you. I've never gone Through such Hell as This ordeal, and its reading Montez The most. is To be regressed (1) unit, unit(s) is (1) unit, unit This (2) units, unit(s) is units, unit is (4) units, If no room(s) should have gone back To unit (1). I Am Pleading with This Honorable court for Justice, Honesty + Truth To Rule, I've Requested help, so after The motions sent + 1983 I'm sure you can understand, I Need help, Physcially, vision, And Nourthment. I'm Wade knows about everything, Tried To Help, 96 or 97 don't go Far Trying To eat, That's why I requested UCA-PAY $60.00 month as I have to do every Thing anyway. Need medical Help, Therapy Desperata ix not To Late, same for vision optomoLigist Even more DesperaTely, + bacabel To Eat. Chronic is Really bad here in the HoLE, officers mentioned

## H.    PLAINTIFF'S SIGNATURE "AdditonTal Paper"

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Barbara Freemon # 105776*
(Plaintiff's signature)

*August 13, 2021*
(Date)

(Form Revised December 2017)

6

CONTINUED

(E)    REQUEST RELIEF

have been getting Away with This as everyone
is afraid of The retalition, They what I'm
going Through. I Plead with Court To do Court
orders, per my Motions.

1) I request The criminal mest Earently.

2) I request SGT. Perreria To be removed where she
will have No Control over me in anyway.

3) I request SGT sasma be removed from ProperTy,
also Any unit, should be (1) Away from me.
umit one was where she was handleing DEA's when
my problems starTed with her, SHe has a Grudge,
some officers who Discriminate, Retaliate, and refuse
To work w/ The elderly, Handicap, + other many Medical
Problems + refues to Follow Medical Federal Laws
+ All other State, Federal, Consti Tional Laws, +
Them STATE AR's, COPd Book And do not do The Job to Pay
DEA's Full wages and NoT do Their Jobs, I believe
Thats FRAUD and The clients Suffer drasTically,

4) After 8+ months, of what I've gone Through the
Pain/suffering + numerous other violations
That I was/sTill Am PuT THrough I feel $5000.00
is fair, ALThough what the Court deem'n fair
I'll AccepT. I Again Need a very good ATTorney
+ a Federal InvesTigaTing. I know with the
Evidence That will be presented To This Court
will suffice All That I have Stated I want back
in my same room #1-D126 with my Friend Tracie Adams.
The room Need To Be Cleaned Also.
I Feel D.it's Hard drive should Be
Removed for the safety of my safety
and others. Probably Major scott.

Respectfully
Barbra Freeman #105776

(6A)

**Colorado Department of Corrections**
Name: _Badame Sherrod_
Register Number: _105776_
Unit: _51_ 1 - 107
Box Number: _392.008_
City, State: _Tn Bennion, Co. 80234-8005_

Legal Mail

1:21-cv-01103-GPG

Clerk of Court
Alfred a. array Courthouse
901 - 19 th Street   Room A-105
Denver, Co. 80294-3589

D107

neopost
08/16/2021
US POSTAGE $002.00⁰

ZIP 80216
041L12205053

FIRST-CLASS MAIL

DWCR     8/12/2021
FACILITY     DATE REC'D

Torres     26576   JI
STAFF LINE          INT

105776   Freeman
INMC #    OFFENDER LAST NAME   INT